NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDWIN RITTER JONAS III, Esquire, | No. 09-72248 |
| Petitioner - Appellant, | Tax Ct. No. 07-6384 |
| v. | |
| COMMISSIONER OF INTERNAL REVENUE, | MEMORANDUM* |
| Respondent - Appellee. | |

Appeal from a Decision of the
United States Tax Court

Submitted October 25, 2011**

Before:    TROTT, GOULD, and RAWLINSON, Circuit Judges.

Edwin Ritter Jonas III appeals pro se from the Tax Court's order sustaining a

notice of federal income tax deficiency for tax years 2002 and 2003.  We have

jurisdiction under 26 U.S.C. § 7482(a)(1).  We review for an abuse of discretion.

*River City Ranches #1 Ltd. v. Comm'r*, 401 F.3d 1136, 1139 (9th Cir. 2005)

---

   *    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

   **    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(discovery); *Liti v. Comm'r*, 289 F.3d 1103, 1105 (9th Cir. 2002) (sanctions).  We affirm.

The Tax Court did not abuse its discretion in limiting discovery from Jonas's ex-wife and her divorce attorney concerning the constructive trust, in light of the orders from New Jersey courts denying Jonas access to constructive trust evidence. *See, e.g.*, *Younger v. Harris*, 401 U.S. 37, 44 (1971) (explaining principles of comity).  Nor did the Tax Court abuse its discretion in declining to hold Jonas's ex-wife and her attorney in contempt, because they had adequate excuses for not providing all of the documents requested in the trial subpoena.  *See* Tax Ct. R. 147(e) ("Failure by any person without adequate excuse to obey a subpoena served upon any such person may be deemed a contempt of the Court.").

We do not consider matters not specifically and distinctly raised and argued in the opening brief.  *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009) (per curiam).

Jonas's remaining contentions are unpersuasive.

**AFFIRMED.**